FILED
CLERK, U.S. DISTRICT COURT

July 9, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DANIELLE SOKOL, an individual, | CASE NO. 8:20-cv-00128 SB (DFMx) |
| Plaintiffs, | **JUDGMENT** |
| v. | JUDGE: Hon. Stanley Blumenfeld, Jr. |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation registered to do business in California; and DOES 1 through 10, inclusive, | |
| Defendants. | |

This action came for hearing before the Court on January 15, 2021, at 8:30 a.m. in Courtroom C of the above-entitled court, located at 350 W. 1st Street, Los Angeles, California, Honorable Stanley Blumenfeld, Jr., District Judge presiding on a Motion for Summary Judgment.

The Court having taken this matter under submission and having reviewed and fully considered all briefs and evidence submitted, and the parties having been duly heard, and a decision having been duly rendered, as follows:

On June 25, 2021, this Court granted State Farm General Insurance Company's motion for summary judgment in full. [Dkt. 47] Pursuant to Federal Rule of Civil Procedure 58, the court enters judgment in favor of State Farm General Insurance Company and against Danielle Sokol.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Danielle Sokol, an individual, take nothing, that the action be dismissed, in its entirety, with prejudice on the merits and that defendant State Farm General Insurance Company recover its costs.

**IT IS SO ORDERED.**

Dated: July 9, 2021

_____
Hon. Stanley Blumenfeld, Jr.
U.S. District Court Judge